UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVA D. AL-ZAGHARI, et al., | No.  2:24-cv-00283 TLN CKD |
| Plaintiffs, | |
| v. | ORDER |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |

On January 22, 2024, Plaintiffs Eva D. Al-Zaghari and Shirley V. Remmert, proceeding without counsel, filed this civil action (ECF No. 1), along with their motions to proceed in forma pauperis (ECF Nos. 2, 3). On April 10, 2024, Plaintiff Al-Zaghari filed a second motion to proceed in forma pauperis. (ECF No. 4.) However, on April 15, 2024, prior to the Court taking action on the pending motions, Plaintiff Remmert paid the civil filing fee in full. Accordingly, Plaintiffs' motions to proceed in forma pauperis (ECF Nos. 2, 3, 4) will be DENIED as moot.

Plaintiff Remmert has further filed a motion for extension of time to serve the summons and complaint due to her "running out of time" to serve the complaint. (ECF No. 7 at 2.) The summons and initial scheduling order in this action were issued on April 23, 2024. (ECF Nos. 5, 6.) The initial scheduling order directs Plaintiffs to "complete service of process on all defendants named in the complaint within 90 days from the date of this order." (ECF No. 6.) Therefore, Plaintiffs have 90 days from April 23, 2024, to complete service of process of the complaint on

all defendants. Accordingly, Plaintiff Remmert's motion for extension of time will be DENIED at this time.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiffs' motions to proceed in forma pauperis (ECF Nos. 2, 3, 4) are DENIED as moot; and

2. Plaintiff Remmert's motion for extension of time (ECF No. 7) is DENIED.

Dated:  April 26, 2024

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4, alza0283.24

2