UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVA D. AL-ZAGHARI, et al., | No. 2:24-cv-00283-TLN-CKD (PS) |
| Plaintiffs, | ORDER |
| v. | |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |

On June 3, 2024, the Court issued Findings and Recommendations recommending this action be dismissed without leave to amend for lack of subject matter of jurisdiction. (ECF No. 17.) These Findings and Recommendations are currently pending before the District Court. On June 5, 2024, Defendant State of California filed an *ex parte* application for an extension of time to respond to Plaintiff's First Amended Complaint. (ECF No. 19.) Due to the pending status of this action, Defendant's request will be denied as moot.

Dated: June 7, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4, alza0283.24

1