UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVA D. AL-ZAGHARI, et al., | No. 2:24-cv-00283-TLN-CKD |
| Plaintiffs, | |
| v. | **ORDER** |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |

Plaintiffs, proceeding without counsel, initiated the above captioned action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 3, 2024, the magistrate judge filed findings and recommendations which were served on the parties, and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. (ECF No. 17.) On June 18, 2024, Plaintiffs filed objections (ECF No. 27), which the Court has considered.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations, filed on June 3, 2024 (ECF No. 17), are ADOPTED IN FULL;
2. Plaintiffs' First Amended Complaint is DISMISSED;
3. Plaintiffs' Motion for Preliminary Injunction (ECF No. 13) is DENIED as moot; and
4. The Clerk of Court is directed to close this case.

Date: July 10, 2024

_____
Troy L. Nunley
United States District Judge